DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CATHERINE L. LOUDON,**
Appellant,

v.

**LINDA BARTON,**
Appellee.

No. 4D2023-1982

[May 16, 2024]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Michael J. McNicholas, Judge; L.T. Case No. 21000402CAAXMX.

Brian M. Beauchamp of Brian Beauchamp, P.A., Port St. Lucie, for appellant.

Ian E. Osking of Neill Griffin Marquis Osking, PLLC, Fort Pierce, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***